UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FOWLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-07347-HSG<br><br>**ORDER OF DISMISSAL** |

On December 5, 2018, Plaintiff filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On March 11, 2019, court mail was returned as undeliverable because Plaintiff was no longer in custody. Dkt. No. 7. Pursuant to Northern District Civil Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) court mail addressed to the *pro se* party has been returned to the court as not deliverable, and (2) the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. *See* Civil L.R. 3-11(b). More than 60 days have passed since the mail sent to Plaintiff on January 9, 2019 was returned as undeliverable and the Court has not received a notice from Plaintiff informing the Court of his current address. Accordingly, this action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

**IT IS SO ORDERED.**

Dated: 5/13/2019

　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge