UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FOWLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-07347-HSG<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal, a judgment of dismissal without prejudice is entered against Plaintiff.

**IT IS SO ORDERED.**

Dated: 5/13/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge